UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

KATHLEEN CORONNA                                    ORDER

   -against-                                     CV-05-6016 (DRH)

COUNTY OF SUFFOLK. ET. AL.
 -----------------------------------------------------X


        IT IS HEREBY ORDERED that the parties appear on **TUESDAY, DECEMBER 2, 2008 AT 11:00 AM**. before Hon. Denis R. Hurley in Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722 for a status conference.

        Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance.  Adjournments will be granted only upon consent of all parties and upon good cause shown.

        Should Plaintiff's counsel fail to appear, the case will be dismissed for failure to prosecute.

    SO ORDERED.

Dated: Central Islip, New York
      November 7, 2008

                                   /S/
                                   Denis R. Hurley
                                   United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

KATHLEEN CORONNA                                    ORDER

    -against-                                    CV-05-6016 (DRH)

COUNTY OF SUFFOLK. ET. AL.
 -----------------------------------------------------X


          IT IS HEREBY ORDERED that the parties appear on **TUESDAY, DECEMBER 2, 20**08 AT 11:00 AM. before Hon. Denis R. Hurley in Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722 for a status conference.

          Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance.  Adjournments will be granted only upon consent of all parties and upon good cause shown.

          Should Plaintiff's counsel fail to appear, the case will be dismissed for failure to prosecute.

      SO ORDERED.

Dated: Central Islip, New York
       November 7, 2008

                                        /S/
                               Denis R. Hurley
                               United States District Judge